# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLEN S. HEUSNER,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-01119-RFB-GWF

**ORDER**

    The court dismissed this action for non-payment of the filing fee. Petitioner has filed a motion for reconsideration and other relief (#8). He states that he did send the filing fee to the court. The court has checked its records twice, once before dismissing the action and once upon the filing of the motion, and it has no record of ever receiving the payment. The court will deny petitioner's motion. However, if petitioner can obtain a copy of the cancelled check or some other documentary evidence and submit it to the court, then he may renew his request.

    IT IS THEREFORE ORDERED that petitioner's motion for reconsideration and other relief (#8) is **DENIED**.

    DATED this 23rd day of January, 2015.

_____
RICHARD F. BOULWARE, II
United States District Judge