# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLEN S. HEUSNER,

    Petitioner,

vs.

DWIGHT NEVEN, et al.,

    Respondents.

Case No. 2:14-cv-01119-RFB-GWF

**ORDER**

Petitioner has filed a statement of additional claims. ECF No. 19. Respondents do not oppose petitioner amending his petition. ECF No. 20. The court agrees with respondents that petitioner needs to file an amended petition that contains all of his claims in one document.

IT IS THEREFORE ORDERED that petitioner will have thirty (30) days from the date of entry of this order to file an amended petition for a writ of habeas corpus that contains all of his claims for relief. The clerk of the court shall send petitioner a blank form for a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

IT IS FURTHER ORDERED that respondents need not file an answer or other response to the petition (ECF No. 14) unless later directed by the court.

DATED: August 11, 2017.

                                                      _____
                                                      RICHARD F. BOULWARE, II
                                                      United States District Judge