# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN S. HEUSNER,<br><br>    Petitioner,<br><br>    v.<br><br>DWIGHT NEVEN, et al.,<br><br>    Respondents. | Case No. 2:14-cv-01119-RFB-GWF<br><br>**ORDER** |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 35), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 35) is **GRANTED**. Respondents will have through February 19, 2019, to file responses to petitioner's motion to reconsider (ECF No. 33) and motion for leave to file an amended petition (ECF No. 34).

DATED: December 12, 2018.

                                                      RICHARD F. BOULWARE, II
                                                      United States District Judge