# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN S. HEUSNER, | Case No. 2:14-cv-01119-RFB-GWF |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion to strike (ECF No. 32), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion to strike (ECF No. 32) is **GRANTED**. The clerk of the court shall **STRIKE** petitioner's proper-person notification (ECF No. 30).

DATED: January 24, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge

1