# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN S. HEUSNER, | Case No. 2:14-cv-01119-RFB-GWF |
| Petitioner, | **ORDER** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion for extension of time (first request) (ECF No. 41), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion for extension of time (first request) (ECF No. 41) is **GRANTED**. Petitioner will have through April 8, 2019, to file a reply to respondents' opposition to motion to reconsider (ECF No. 38).

DATED: February 22, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge