AARON D. FORD
   Attorney General
Katrina A. Samuels (Bar. No. 13394)
   Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3770 (phone)
(702) 486-2377 (fax)
KSamuels@ag.nv.gov
*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN S. HEUSNER,<br><br>   Petitioner,<br><br>vs.<br><br>DWIGHT NEVEN, *et al.*,<br><br>   Respondents. | Case No. 2:14-cv-01119-RFB-GWF<br><br>**UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO HEUSNER'S SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 44)**<br><br>**(SECOND REQUEST)** |

     Respondents move this Court for an enlargement of time of 45 days from the current due date of October 22, 2021, in which to file their Response to Heusner's Second Amended Petition for Writ of Habeas Corpus (ECF No. 44). This Motion is made pursuant to FED. R. CIV. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

     This is the second enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

     DATED October 21, 2021

Submitted by:

AARON D. FORD
Attorney General

By:   */s/ Katrina A. Samuels*
     Katrina A. Samuels
     Deputy Attorney General

## **DECLARATION OF KATRINA A. SAMUELS**

STATE OF NEVADA   )
                  ) ss:
COUNTY OF CLARK   )

I, Katrina A. Samuels, being first duly sworn under oath, depose and state as follows:

1. I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Allen S. Heusner v. Dwight Neven, et al.,* Case No. 2:14-cv-01119-RFB-GWF, and as such, have personal knowledge of the matters contained herein.

2. This Motion is made in good faith and not for the purpose of delay

3. The Response to Heusner's Second Amended Petition is currently due on Friday, October 22, 2021.

4. Respondents have been unable with due diligence to timely complete the Response.

5. In the past few months, Respondents filed a motion to dismiss due August 2, 2021 (*Sanjiv N. Daveshwar v. Garrett, et al.,* Case No. 3:20-cv-00612-MMD-CLB); a response to a motion for discovery due August 13, 2021 (*Evaristo N. Rodriguez v. Tim Garrett et al.,* Case No. 3:20-cv-00691-MMD-CLB); an answer due August 19, 2021 (*Harold Cordova v. Isidro Baca, et al.*, Case No. 3:19-cv-00388-MMD-CLB); a second supplemental brief in the Ninth Circuit Court of Appeals due September 8, 2021 (*Peter J. Munoz, Jr., v. Gregory Smith, et al.*, No. 20-16327); and an answering brief in the Nevada Court of Appeals due September 27, 2021 (*Juan Alfonso Nuno-Velasco vs. The Honorable Steve Sisolak, as Governor of the State of Nevada,* No. 82879-COA). Respondents also have multiple responses due in this Court and the Nevada Supreme Court in the upcoming weeks.

6. Due to these instantaneous deadlines, Respondents request a 45-day enlargement of time, up to and including December 6, 2021, to file our Response.

7. I communicated with counsel for Heusner regarding this extension and she does not object to this request.

8. Based on the foregoing, I respectfully request an enlargement of time of 45 days from the current due date, up to and including December 6, 2021, to file the Response to Heusner's Second Amended Petition.

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed on October 21, 2021.

3
          */s/ Katrina A. Samuels*
4            Katrina A. Samuels (Bar. No. 13394)
          Deputy Attorney General

5
          IT IS SO ORDERED:
6

7

8            _____

9            RICHARD F. BOULWARE, II
          United States District Judge

10            DATED this 21st day of October, 2021.

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing *Unopposed Motion for Enlargement of Time to File Response to Heusner's Second Amended Petition for Writ of Habeas Corpus (ECF No. 44) (Second Request)* with the Clerk of the Court by using the CM/ECF system on October 21, 2021.

The following participants in this case are registered CM/ECF users and will be served by the CM/ECF system:

Alicia R. Intriago, Esq.
Assistant Federal Public Defender
411 East Bonneville Avenue, Suite 250
Las Vegas, NV 89101
Alicia_Intriago@fd.org@fd.org

Jonathan M. Kirshbaum, Esq.
Assistant Federal Public Defender
411 East Bonneville Ave., Suite 250
Las Vegas, NV 89101
Jonathan_Kirshbaum@fd.org

                /s/ M. Landreth
            An employee of the Office of the Attorney General