Rene L. Valladares
Federal Public Defender
Nevada State Bar No. 11479
*Alicia R. Intriago
Assistant Federal Public Defender
California State Bar No. 320102
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Alicia_Intriago@fd.org

*Attorney for Petitioner Allen Heusner

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Allen Heusner,<br><br>          Petitioner,<br><br>     v.<br><br>Dwight Neven, *et al.*,<br><br>          Respondents. | Case No. 2:14-cv-01119-RFB-GWF<br><br>**Unopposed motion for extension of time to file opposition to Respondents' Motion to Dismiss**<br><br>**(First Request)** |

## POINTS AND AUTHORITIES

Petitioner Allen Heusner initiated this federal habeas action on July 9, 2014. ECF No. 1-1. The Federal Public Defender's office appeared on behalf of Heusner on October 26, 2018, and filed a second amended petition on May 8, 2019. ECF Nos. 31, 44. On May 24, 2019, this Court stayed federal proceedings for Heusner to exhaust state court remedies on a claim brought under the U.S. Supreme Court's recent decision in *McCoy v. Louisiana*, 138 S. Ct. 1500 (2018). ECF No. 47.

The undersigned attorney filed her notice of appearance on May 20, 2020. ECF No. 51. She filed a motion to reopen federal proceedings that same day. ECF No. 55. This Court officially re-opened federal proceedings on July 6, 2021. ECF No. 55. Respondents filed a motion to dismiss Heusner's second amended petition for writ of habeas corpus on January 25, 2022. ECF No. 69.  Heusner's opposition to the motion to dismiss is currently due February 7, 2022.

Heusner respectfully asks this Court to enter an order extending the deadline to file his opposition to Respondents' Motion to Dismiss by 14 days from February 7, 2022, until Tuesday, February 22, 2022. [1]

This is Heusner's first request for an extension of this deadline.

The undersigned attorney contacted opposing counsel, Deputy Attorney General Katrina Samuels, on February 4, 2022, who did not object to this request for an extension of time. Her lack of objection should not be construed as agreeing with the accuracy of the representations in this motion.

Counsel has begun working on the opposition. However, due to counsel's recent schedule she needs additional time to complete it. In addition to the opposition, counsel is also currently working on an amended petition in *Herndon v. Neven*, No.

---

[1] Technically 14 days falls on Monday, February 21, 2022, which is a federal holiday. Accordingly, the filing deadline falls the following day.

3:20-cv-00489-MMD-CLB (D. Nev.), due February 9, 2022, and an application for a certificate of appealability due February 17, 2022, in *Gallegos v. Baca*, No. 21-16612 (9th Cir.).

      Accordingly, counsel respectfully requests this Court grant the request for an extension of time to file the opposition to Respondents' Motion to Dismiss in order for the effective and thorough representation of Petitioner Heusner in his federal habeas action.

      Dated February 7, 2022.

Respectfully submitted,

Rene L. Valladares
Federal Public Defender

*/s/ Alicia R. Intriago*
Alicia R. Intriago
Assistant Federal Public Defender


It is so ordered:

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 8th day of February, 2022.

3