# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLEN S. HEUSNER,

        Petitioner,

    v.

DWIGHT NEVEN, et al.,

        Respondents.

Case No. 2:14-cv-01119-RFB-GWF

**ORDER**

    Respondents have filed a motion for leave to file exhibit under seal. ECF No. 66. The exhibit in question is petitioner's pre-sentence investigation report, which contains confidential and sensitive information. The court finds that compelling reasons exist to file this exhibit under seal. See Kamakana v. City and County of Honolulu, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

    Petitioner has filed an unopposed motion for extension of time (first request). ECF No. 72. The court finds good cause to grant this motion.

    IT THEREFORE IS ORDERED that respondents' motion for leave to file exhibit under seal (ECF No. 66) is **GRANTED**.

///

///

///

///

1

IT FURTHER IS ORDERED that petitioner's unopposed motion for extension of time (second request) (ECF No. 72) is **GRANTED**. Petitioner will have up to and including March 8, 2022, to file an opposition to the motion to dismiss (ECF No. 69).

DATED: February 23, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge