**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLEN S. HEUSNER, | Case No. 2:14-cv-01119-RFB-GWF |
| Petitioner, | **<u>ORDER</u>** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Respondents. | |

Respondents having filed an unopposed motion for enlargement of time (first request) (ECF No. 75), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' unopposed motion for enlargement of time (first request) (ECF No. 75) is **GRANTED**. Respondents will have up to and including May 13, 2022, to file their reply to petitioner's opposition to the motion to dismiss (ECF No. 74).

DATED: March 16, 2022.

_____
RICHARD F. BOULWARE, II
United States District Judge

1