AARON D. FORD
  Attorney General
Katrina A. Lopez (Bar No. 13394)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
(702) 486-3770 (phone)
(702) 486-2377 (fax)
KSamuels@ag.nv.gov
*Attorneys for Respondents*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLEN S. HEUSNER, | Case No.  2:14-cv-01119-RFB-GWF |
| Petitioner, | **UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE ANSWER TO HEUSNER'S SECOND AMENDED PETITION FOR WRIT OF HABEAS CORPUS (ECF NO. 44)** |
| vs. | |
| WILLIAM HUTCHINGS, *et al.*, | |
| Respondents. | **(SECOND REQUEST)** |

      Respondents move this Court for an enlargement of time of 45 days from the current due date of May 23, 2023, up to and including July 7, 2023, in which to file their Answer to Heusner's Second Amended Petition for Writ of Habeas Corpus. ECF No. 44. This Motion is made pursuant to FED. R. CIV. P. 6(b) and Rule 6-1 of the Local Rules of Practice and is based upon the attached declaration of counsel.

      This is the second enlargement of time sought by Respondents and is brought in good faith and not for the purpose of delay.

      DATED: May 23, 2023.

Submitted by:

AARON D. FORD
Attorney General

By: /s/ *Katrina A. Lopez*
    Katrina A. Lopez
    Deputy Attorney General

1

## DECLARATION OF KATRINA A. LOPEZ

I, Katrina A. Lopez, being first duly sworn under oath, depose and state as follows:

1.     I am an attorney licensed to practice law in all courts within the State of Nevada and am employed as a Deputy Attorney General in the Office of the Nevada Attorney General. I have been assigned to represent Respondents in *Allen S. Heusner v. William Hutchings, et al.,* Case No. 2:14-cv-01119-RFB-GWF, and as such, have personal knowledge of the matters contained herein.

2.     This Motion is made in good faith and not for the purpose of delay.

3.     The Answer to Heusner's Second Amended Petition is currently due on Tuesday, May 23, 2023.

4.     Respondents have been unable with due diligence to timely complete the Answer.

5.     In the past few months, Respondents filed: an answer filed March 9, 2023 (*Delbert Charles Cobb v. E.K. McDaniels, et al.*, Case No. 3:15-cv-00172-MMD-CSD); a response in support of answer filed March 23, 2023 (*Christopher Ryan Martin v. Tom Lawson, et al.,* Case No. 2:22-cv-00850-APG-VCF); an answer filed March 24, 2023 (*Cory O'Neal Brewer v. William Reubart, et al.,* Case No. 3:20-cv-00396-MMD-CLB);a response to motion to strike filed April 7, 2023 (*Christopher Ryan Martin v. Tom Lawson, et al.,* Case No. 2:22-cv-00850-APG-VCF); an answer filed April 26, 2023 (*Daniel Wolff v. Jerry Howell, et al.,* Case No. 2:20-cv-00494-JAD-EJY); a motion to dismiss filed May 11, 2023 (*Arturo C. Bolanos v. Renee Baker, et. al.,* Case No. 3:16-cv-00640-MMD-CSD); a reply in support of motion to dismiss filed May 17, 2023 (*Jerry E. Johnson v. Calvin Johnson, et al.,* Case No. 2:22-cv-00642-JAD-DJA); an answer filed May 22, 2023 (*Markiece Palmer v. Timothy Garrett, et al.,* Case No. 3:18-cv-00245-HDM-CLB); a response to motion to alter or amend judgment filed May 22, 2023 (*Christopher Ryan Martin v. Tom Lawson, et al.,* Case No. 2:22-cv-00850-APG-VCF); and various responses in state post-conviction cases.

6.     Additionally, Respondents are reshuffling cases to accommodate various deadlines due to losing 3 Senior Deputy Attorney Generals and 5 Deputy Attorney Generals within a 15-month period. As a result, Respondents need additional time to complete the Answer.

7.     Respondents communicated with counsel for Heusner regarding this extension and she does not object to this request.

8. Based on the foregoing, Respondents respectfully request an enlargement of time of 45 days from the current due date, May 23, 2023, up to and including July 7, 2023, to file our Answer to Heusner's Second Amended Petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 23rd day of May 2023.

/s/ *Katrina A. Lopez*
Katrina A. Lopez (Bar No. 13394)
Deputy Attorney General

IT IS SO ORDERED:

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 24th day of May, 2023.

3

1

2

**<u>CERTIFICATE OF SERVICE</u>**

3      I hereby certify that I electronically filed the foregoing *Unopposed Motion for Enlargement of*

4 *Time to File Answer to Heusner's Second Amended Petition for Writ Of Habeas Corpus (ECF No. 44)*

5 *(Second Request)* with the Clerk of the Court by using the CM/ECF system on May 23, 2023.

6      The following participants in this case are registered CM/ECF users and will be served by the

7 CM/ECF system:

8      Alicia R. Intriago, Esq.
       Assistant Federal Public Defender
9      411 East Bonneville Avenue, Suite 250
       Las Vegas, NV 89101
10     Alicia_Intriago@fd.org@fd.org

11

12                              ___/s/ M. Landreth_____
                                An employee of the Office of the Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28