UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLEN S. HUESNER,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM HUTCHINGS, *et. al*,<br><br>　　　　　Respondents. | Case No. 2:14-cv-01119-RFB-GWF<br><br>**ORDER** |

　　　Petitioner, through counsel, moves to extend time to file his reply in support of his second amended petition for writ of habeas corpus. ECF No. 102. The motion appears to be filed in good faith and not solely for the purpose of delay. Good cause appearing,

　　　IT IS THEREFORE ORDERED that petitioner's motion to extend time (ECF No. 102) is GRANTED. Petitioner shall file his reply in support of the second amended petition on or before **November 18, 2024**.

　　　**DATED:** October 7, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**RICHARD F. BOULWARE, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**