UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ALLEN S. HUESNER, | Case No. 2:14-cv-01119-RFB-GWF |
|---|---|
| Petitioner, | **ORDER** |
| v. | |
| WILLIAM HUTCHINGS, *et. al*, | |
| Respondents. | |

Petitioner, through counsel, moves to extend time to file his reply in support of his second amended petition for writ of habeas corpus. ECF No. 105. The motion appears to be filed in good faith and not solely for the purpose of delay. Good cause appearing,

**IT IS THEREFORE ORDERED** that petitioner's motion to extend time (ECF No. 105) is **GRANTED**. Petitioner shall file his reply in support of the second amended petition on or before **January 3, 2025**.

**IT IS FURTHER ORDERED** that petitioner's prior motion to extend time (ECF No. 104) is denied as moot in light of the new extension.

**DATED:** January 2, 2025

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**